# Order

Michigan Supreme Court
Lansing, Michigan

April 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151764

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GEORGE RENNIE, JR.,
        Defendant-Appellant.

SC: 151764
COA: 319742
Wayne CC: 13-007178-FH

_____/

        On order of the Court, the application for leave to appeal the April 21, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2016



Clerk

d0330